SANDRA C. MUÑOZ, ESQ., SBN 190404
LAW OFFICES OF SANDRA C. MUÑOZ
5429 E. BEVERLY BLVD.
LOS ANGELES, CA 90022
Telephone: (323) 720-9400
Facsimile: (323) 720-9090
Email: scm4law@att.net

Attorneys for Plaintiff
GREGORIO RENDON

Patrick C. Stokes (State Bar No. 251558)
Patrick.Stokes@jacksonlewis.com
JACKSON LEWIS P.C.
333 W. San Carlos Street, Suite 1625
San Jose, California 95110
Telephone: (408) 579-0404
Facsimile: (408) 454-0290

Elyza P. Heraldez (SBN 293395)
Elyza.Heraldez@jacksonlewis.com
JACKSON LEWIS P.C.
200 Spectrum Center Drive, Suite 500
Irvine, California 92618
Telephone: (949) 885-1360
Facsimile: (949) 885-1380

Attorneys for Defendants
QUIKRETE CALIFORNIA, LLC; THE QUIKRETE COMPANIES, LLC

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GREGORIO RENDON,<br><br>             Plaintiff,<br><br>      v.<br><br>QUIKRETE CALIFORNIA, LLC, a California Limited Liability Company, THE QUIKRETE COMPANIES, a Georgia Corporation, and DOES 1 through 10, inclusive,<br><br>             Defendants. | Case No.: 5:19-CV-02452-CJC-SP<br><br>**JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION, WITH PREJUDICE** |

TO THIS HONORABLE COURT:

WHEREAS, the parties settled this matter in its entirety on February 26, 2021;

WHEREAS, the parties have executed the necessary paperwork to effectuate the settlement;

THEREFORE, Parties to this action, pursuant Rule 41 of the Federal Rules of Civil Procedure, hereby stipulate to the Dismissal with Prejudice of this action, including all claims stated herein against all parties, with each party to bear his/her/its own attorney's fees and costs.

Dated: April 27, 2021                LAW OFFICES OF SANDRA C. MUÑOZ

/s/ Sandra C. Muñoz
SANDRA C. MUÑOZ, ESQ.
Attorneys for Plaintiff
GREGRIO RENDON

Dated: April 27, 2021                JACKSON LEWIS P.C.

/s/ Patrick C. Stokes
Patrick C. Stokes
Elyza P. Heraldez
Attorneys for Defendants
QUIKRETE CALIFORNIA, LLC; THE QUIKRETE COMPANIES, LLC

## SIGNATURE ATTESTATION

I hereby attest that all signatories listed above, on whose behalf this stipulation is submitted, concur in the filing's content and have authorized the filing.

Dated: April 27, 2021                JACKSON LEWIS P.C.

/s/ Patrick C. Stokes
Patrick C. Stokes
Elyza P. Heraldez
Attorneys for Defendants
QUIKRETE CALIFORNIA, LLC; THE QUIKRETE COMPANIES, LLC