JS-6

FILED
CLERK, U.S. DISTRICT COURT

4/30/2021

CENTRAL DISTRICT OF CALIFORNIA
BY: ___CW___ DEPUTY

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

17
18
19

| GREGORIO RENDON, | Case No.: 5:19-CV-02452-CJC-SP |
| Plaintiff, | |
| v. | [~~PROPOSED~~] **ORDER GRANTING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| QUIKRETE CALIFORNIA, LLC, a California Limited Liability Company, THE QUIKRETE COMPANIES, a Georgia Corporation, and DOES 1 through 10, inclusive, | |
| Defendants. | |

1 | This matter having come before the Court on the joint stipulation of the parties, the
2 | Court having reviewed same:
3 | **IT IS HEREBY ORDERED** that the above referenced matter is dismissed with
4 | prejudice, including all claims and counterclaims stated herein against all parties, with
5 | each party to bear his/her/its own attorney's fees and costs.
6 | **IT IS SO ORDERED.**

8 | DATED:  ___April 30___, 2021

_____
Hon. Cormac J. Carney
U.S. District Court Judge